SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendant,
LEVITY ENTERTAINMENT GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PERLA MAGENO, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>LEVITY ENTERTAINMENT GROUP, INC., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Los Angeles County Superior Court Case No.19GDCV00841<br><br>Action Filed:  June 24, 2019<br>Trial Date:   None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**PLEASE TAKE NOTICE** that defendant LEVITY ENTERTAINMENT GROUP, INC. ("Defendant") hereby removes to this Court the state court action described below:

## I.     FILING AND SERVICE OF THE COMPLAINT.

1.     On June 24, 2019, plaintiff PERLA MAGENO ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 19GDCV00841, by filing a Complaint entitled ***"Perla Mageno, an individual v. Levity Entertainment Group, Inc. a California corporation and DOES 1-10, inclusive.***"

2.     Defendants received a copy of the Summons and Complaint on July 8, 2019.  True and correct copies of the Summons and Complaint and all other documents are attached hereto as Exhibit "A".  Defendants have not yet responded to the Complaint.  All defendants consent to removal.

## II.     THIS COURT HAS FEDERAL QUESTION JURISDICTION.

3.     This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and her claims are founded on a claim or right arising under the laws of the United States.

4.     More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq*.  (Complaint ¶¶ 8, 11, 23 & 24).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the law division of the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against them in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: July 24, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Gregory F. Hurley*
GREGORY F. HURLEY

Attorneys for Defendants,
LEVITY ENTERTAINMENT GROUP, INC.