SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
LEVITY ENTERTAINMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PERLA MAGENO, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>LEVITY ENTERTAINMENT GROUP, INC., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-06408-JAK-JPR<br><br>**DEFENDANT'S REQUEST FOR THE COURT TO CONSIDER LATE-FILED RESPONSE TO PLAINTIFF'S MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES**<br><br>Hearing Date: December 9, 2019<br>Time: 8:30 a.m.<br>Courtroom: 10B<br><br>Action Filed: June 24, 2019<br>Trial Date: None Set |

Pursuant to the Court's order dated October 25, 2019, Defendant Levity Entertainment Group, Inc. ("Defendant") respectfully requests that the Court consider its correspondingly filed response to Plaintiff Perla Mageno's ("Plaintiff") Motion to Remand Action to the Superior Court of California for the County of Los Angeles ("Motion"). (*See* Dkt. 13).

Plaintiff filed her Motion on August 23, 2019 and noticed the hearing date as December 9, 2019. (*See* Dkt. 10). Defendant's counsel and staff inadvertently calendared the response date for Defendant's opposition as November 18, 2019, in accordance with L-R 7-9, which is twenty-one (21) days before the hearing date of December 9, 2019. (Hurley Decl. ¶ 4). This would be the date Defendant's opposition would be due if L-R 7-9 applied to this Motion.

Defendant's counsel's team handles a large volume of cases in this District and inadvertently overlooked this Court's standing order that changes the normal briefing schedule for motions. (*Id.*). In addition, the associate with responsibility for this matter was out of the country on vacation when this motion was filed. (*Id.*). As a result, the deadline for the opposition was mis-calendared. (*Id.*). Defendant was not aware that the deadline had been missed until the Court issued its order on October 25, 2019. (*Id.*).

Defendant's counsel apologizes for the oversight and will take steps to ensure briefs filed in the future before this Court will be filed in accordance with the schedule set forth in this Court's standing order. (*Id.*).

Therefore, Defendant respectfully requests that the Court consider its response to Plaintiff's Motion.

1  Dated:  November 1, 2019

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

5  By    /s/ *Gregory F. Hurley*
            GREGORY F. HURLEY

6

7     Attorneys for Defendants,
   LEVITY ENTERTAINMENT GROUP, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28