Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff PERLA MAGENO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEVITY ENTERTAINMENT GROUP, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-06408-JAK-JPR<br><br>Hon. John A. Kronstadt<br><br>**STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint filed:  June 24, 2019<br>Removed:            July 24, 2019 |

    Plaintiff Perla Mageno ("Plaintiff") and Levity Entertainment Group, Inc. ("Defendant"), and through their counsel of record hereby stipulate with reference to the following facts:

    1.    This action was originally filed Los Angeles Superior Court, Case No. 19GDCV00841, and Defendant removed it to federal court on July 24, 2019, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443.

2. On August 23, 2019, Plaintiff filed a Motion to Remand on the grounds that the action does not arise under the laws of the United States and the action is not otherwise within the removal jurisdiction of this Court, which is currently pending.

3. The Parties have further met and conferred, and have agreed to stipulate to remand the action to Los Angeles Superior Court in lieu of deciding the matter by noticed motion.

WHEREFOR, the parties hereby stipulate that good cause exists to remand this case back to state court, Los Angeles Superior Court, Case No. 19GDCV00841. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

Dated: November 13, 2019          **MANNING LAW, APC**

                                  By: */s/ Joseph R. Manning Jr., Esq.*
                                      Joseph R. Manning Jr., Esq.
                                      Attorneys for Plaintiff

Dated: November 13, 2019          **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                                  By: */s/ Bradley J. Leimkuhler, Esq.*
                                      Bradley J. Leimkuhler, Esq.
                                      Attorneys for Defendant