UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>LEVITY ENTERTAINMENT GROUP, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-06408-JAK-JPR<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT (DKT. 17)**<br><br>**JS-6: Case Terminated/Remand** |

1

Based on a review of the Stipulation to Remand Case to State Court ("Stipulation" (Dkt. 17)), good cause has been shown. Therefore, the relief requested in the Stipulation is **GRANTED** as follows:

1. This action is remanded to the Superior Court of California, County of Los Angeles, as Case No. 19GDCV00841, at the Glendale Courthouse, 600 E. Broadway, Glendale, CA 91206.
2. All dates set in this action are vacated.

IT IS SO ORDERED.

Dated: November 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE